PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2008

at 2 o'clock and 05 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                                Criminal No. 04-00038SOM-02

S.B.J. GROCERY & LIQUOR, INC., dba "Date St. Grocery"

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 7/13/2008, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
CARTER A. LEE
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 14th day of July, 2008.

_____
SUSAN OKI MOLLWAY
U.S. District Judge